EDWIN J. BOLAND & others *vs.* WILLIAM R. KYLE. May 27, 1975. Assuming, without deciding, that the second motion for a new trial was timely made (see Mass.R.Civ.P. 59[b], 365 Mass. 827 [1974]), the judge did not abuse his discretion in denying the motion for the reasons set forth in *Woodward* v. *Dean,* 113 Mass. 297, 298 (1873), and in *Liermann* v. *Caradonna,* 293 Mass. 90, 92-93 (1935), and for the additional reason that the list prepared pursuant to G. L. c. 234, § 4, was not shown to have described incorrectly the occupation of the juror Donohue or to have failed to alert the plaintiff to the possibility of a ground for challenge. Cf. *Brooks* v. *Glidden,* 329 Mass. 704, 707-708 (1953). The appeal is frivolous.

*Judgment affirmed,*
*with double costs to the*
*defendant.*

The case was submitted on briefs.
*Joseph P. McDonough* for the plaintiffs.
*Richard Gould* for the defendant.